IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS JOHN LYNCH,<br><br>             Petitioner,<br><br>        vs.<br><br>JAMES A. YATES. et al.,<br><br>             Respondents.<br>_____/ | 1:04-cv-05563-AWI-GSA (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #44)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On April 9, 2008, petitioner filed a motion to extend time to file objections to Findings and Recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

Dated:    **April 14, 2008**           /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE